nothing about the ages of the purchasers of the beer, as she did not examine or read the cards which were presented to her. '

It is insisted here that the proof fails to show knowledge on the part of the appellant that the alleged purchaser of the beer was under the age of twenty-one years.

The conclusion is reached that the evidence touching the exhibition and delivery to the appellant of his "drivers" license showing that he was only seventeen years of age was sufficient to authorize the finding that appellant had knowledge of that fact when she made delivery of the beer to the purchaser.

The judgment is affirmed.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully selling whisky in a dry area; the punishment assessed is a fine of $450.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.